# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

CHARLES M. WICHT,

     Plaintiff,

                                          Case No. 12-12965

v.                                     Hon. Gerald E. Rosen

FEDERAL HOME LOAN MORTGAGE
CORPORATION,

     Defendant.

_____/

## JUDGMENT OF DISMISSAL

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____ March 22, 2013 _____

PRESENT:  Honorable Gerald E. Rosen
                 Chief Judge, United States District Court

The Court having this day issued an order granting Defendant's motion to dismiss

Plaintiff's complaint,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

DECREED that this case is DISMISSED.

                             s/Gerald E. Rosen_____
                             Chief Judge, United States District Court

Dated:  March 22, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or
counsel of record on March 22, 2013, by electronic and/or ordinary mail.

                             s/Julie Owens_____
                             Case Manager, (313) 234-5135