UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES M. WICHT,

       Plaintiff,                        Case No. 12-12965

v.                                        Hon. Gerald E. Rosen

FEDERAL HOME LOAN MORTGAGE
CORPORATION,

       Defendant.
_____/

## JUDGMENT AGAINST PLAINTIFF'S COUNSEL EMMETT GREENWOOD AND IN FAVOR OF DEFENSE COUNSEL ORLANS ASSOCIATES, P.C.

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on        June 10, 2013

PRESENT:  Honorable Gerald E. Rosen
                       Chief Judge, United States District Court

      In an order dated May 16, 2013, Plaintiff's counsel Emmett Greenwood was directed to appear before the Court on June 3, 2013 and show cause why he should not be held in contempt of court for failing to comply with a number of directives set forth in this Court's prior February 8, 2013 and March 22, 2013 orders.  Among these directives, Mr. Greenwood was ordered to pay $2,200.00 in fees and costs to defense counsel Orlans Associates, P.C.  At the June 3 hearing, Mr. Greenwood indicated that he had not paid this award of fees and costs because he lacked the funds to do so.  The Court then considered the initiation of contempt proceedings in light of Mr. Greenwood's lack of

compliance with the Court's orders, but determined, with the concurrence of defense counsel, that such a course of action was unlikely to enhance the prospect that Mr. Greenwood would eventually make the payments called for under the Court's orders. Rather, it was determined that the best course of action — out of an admittedly less than satisfactory set of options — is to enter a judgment against Mr. Greenwood and in favor of defense counsel in the amount of $2,200.00, so that the Orlans firm may then avail itself of any processes or procedures authorized under the law for collecting this judgment. Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that a JUDGMENT be entered against Plaintiff's counsel, Emmett Greenwood, and in favor of defense counsel, Orlans Associates, P.C., in the amount of **$2,200.00**, plus any postjudgment interest and costs allowed by law.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated: June 10, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 10, 2013, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5135